IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a<br>BOSTON COMMUNICATIONS GROUP<br>AND BOSTON COMMUNICATIONS<br>GROUP, INC.<br>55 Middlesex Turnpike<br>Bedford, MA 01730<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>SMITH BAGLEY, INC. d/b/a<br>CELLULAR ONE OF NORTH EAST<br>ARIZONA<br>2040 S Street, NW<br>Suite 200<br>Washington, DC 20009<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO:<br>)   1:07 cv 00694 RBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Boston Communications Group, Inc. ("BCGI), is a publicly held company which is the parent corporation of Cellular Express, Inc. It owns 100% of the issued and outstanding shares of Cellular Express, Inc. No publicly held corporation owns 10% or more of BCGI's stock.

Respectfully submitted,

_____
Christopher B. Mead  #411598
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334
*Counsel for Plaintiffs*