U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cellular Express, Inc. d/b/a Boston Communications Group and Boston Communications Group, Inc.

vs.

Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona

No. 1:07-CV-00694

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 9:09 am on April 26, 2007, I served Smith Bagley, Inc. d/b/a Cellular One of North East Arizona c/o Smith W. Bagley, Registered Agent at 1539 29th Street, NW, Washington, DC 20007 by serving Smith W. Bagley, Registered Agent, authorized to accept. Described herein:

```
   SEX-    MALE
   AGE-    70
HEIGHT-    6'6"
  HAIR-    GRAY
WEIGHT-    200
  RACE-    WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  4/27/07
              Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 186894