IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

    Defendants.

Case: 1:07-cv-00694

**CONSENT MOTION FOR ADMISSION *PRO HAC VICE* OF
JAMES D. SMEALLIE AND ELIZABETH M. MITCHELL**

Pursuant to Local Rule 83.2(d), Leo G. Rydzewski, attorney of record for defendant Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona, hereby moves for the admission of James D. Smeallie and Elizabeth M. Mitchell to appear *pro hac vice* in the captioned matter as additional counsel for Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona. Counsel for plaintiffs, Cellular Express, Inc. d/b/a Boston Communications Group and Boston Communications Group, Inc., has consented to this Motion. In support of this Motion, the undersigned states:

    1.    James D. Smeallie and Elizabeth M. Mitchell practice as attorneys in the law firm of Holland & Knight LLP located at 10 St. James Avenue, Boston, MA 02116.[1]

    2.    James D. Smeallie and Elizabeth M. Mitchell are admitted to practice in and are members in good standing of the courts for the Commonwealth of Massachusetts.

---

[1] The Declarations of James D. Smeallie and Elizabeth M. Mitchell are attached hereto as Exhibit A.

3. Neither James D. Smeallie nor Elizabeth M. Mitchell have been admitted *pro hac vice* to practice before this Court.

4. James D. Smeallie and Elizabeth M. Mitchell are familiar with the instant case, and it will create hardship to Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona if they are not allowed to appear as co-counsel.

5. James D. Smeallie and Elizabeth M. Mitchell are familiar with the Local Rules and with the Rules of Professional Conduct, and understand that they shall be subject to the disciplinary jurisdiction of this Court.

6. It is understood that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

7. Leo G. Rydzewski is a member in good standing of the bar of the District of Columbia and the bar of this Court and will continue to serve as lead counsel for Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona in this matter.

WHEREFORE, Leo G. Rydzewski respectfully requests that this Court grant this Motion and allow James D. Smeallie and Elizabeth M. Mitchell to appear and participate as co-counsel for Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona in this matter.

Respectfully submitted,

Leo G. Rydzewski (D.C. Bar No. 459979)
Holland & Knight LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, DC 20006
Phone: (202) 955-3000
Fax: (202) 955-5564

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Consent Motion for Admission *Pro Hac Vice* of James D. Smeallie and Elizabeth M. Mitchell was served on the following via U.S. Mail postage prepaid on May 17, 2007:

*Counsel for Plaintiff:*

*Christopher B. Mead, Esq.*
*London & Mead*
*1225 19th Street, N.W.*
*Suite 320*
*Washington, D.C. 20036*

Leo G. Rydzewski

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

      Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

      Defendants.

Case: 1:07-cv-00694

## DECLARATION OF JAMES D. SMEALLIE

1. My full name is James D. Smeallie.

2. I am a licensed attorney who practices as an attorney in the law firm of Holland & Knight LLP, counsel for the defendant Smith Bagley, Inc. d/b/a Cellular One Of Northeast Arizona in the captioned matter.

3. My office address and contact information is:

    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA  02116
    Phone:  617-523-2700
    Fax:  617-523-6850
    E-mail: jd.smeallie@hklaw.com

4. I am admitted to practice before the courts in the Commonwealth of Massachusetts, the State of California, the United States District Courts for the District of Massachusetts, Northern District of California, Central District of California and the United States Supreme Court.

5.   I am a member in good standing of the Bar of the Commonwealth of Massachusetts, as well as the Bar of the State of California.

6.   I have never been disciplined by any bar or court.

7.   I have never been admitted *pro hac vice* to practice before this Court.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: May 16, 2007

_____
James D. Smeallie

# 4547179_v1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, <br><br> Defendants. | Case: 1:07-cv-00694 |

## DECLARATION OF ELIZABETH M. MITCHELL

1. My full name is Elizabeth M. Mitchell.

2. I am a licensed attorney who practices as an attorney in the law firm of Holland & Knight LLP, counsel for the defendant Smith Bagley, Inc. d/b/a Cellular One Of Northeast Arizona in the captioned matter.

3. My office address and contact information is:

    Holland & Knight LLP
    10 St. James Avenue
    Boston, MA  02116
    Phone:  617-523-2700
    Fax:  617-523-6850
    E-mail: elizabeth.mitchell@hklaw.com

4. I am admitted to practice before the courts in the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts.

5. I am a member in good standing of the Bar of the Commonwealth of Massachusetts.

6. I have never been disciplined by any bar or court.

7.     I have never been admitted *pro hac vice* to practice before this Court.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

Dated: May 16, 2007

*Elizabeth M. Mitchell*
Elizabeth M. Mitchell

# 4547138_v1

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

    Defendants.

Case: 1:07-cv-00694

## ORDER

FOR THE REASONS set forth in the Consent Motion for Admission *Pro Hac Vice* of James D. Smeallie and Elizabeth M. Mitchell, good cause having been shown,

IT IS, this _____ day of _____ 2007, HEREBY ORDERED that James D. Smeallie and Elizabeth M. Mitchell are admitted to appear *Pro Hac Vice* as counsel for defendant Smith Bagley, Inc. d/b/a Cellular One Of Northeast Arizona.

SO ORDERED.

_____
U.S. District Judge Reggie B. Walton

# 4546725_v1