IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

    Defendant.

Case: 1:07-cv-00694

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the defendant, Smith Bagley, Inc. d/b/a Cellular One Of Northeast Arizona, hereby discloses that it has no parent corporation and there is no publicly traded corporation that owns 10% or more of its stock.

    SMITH BAGLEY, INC. d/b/a
    CELLULAR ONE OF NORTHEAST ARIZONA,

    Respectfully submitted,

    HOLLAND & KNIGHT LLP

    _____
    Leo G. Rydzewski (D.C. Bar No. 459979)
    2099 Pennsylvania Avenue, N.W., Suite 100
    Washington, D.C. 20006
    (202) 955-3000
    (202) 955-5564 – fax
    Counsel for Defendant

    James D. Smeallie *(pro hac pending)*
    Elizabeth M. Mitchell *(pro hac pending)*
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, MA 02116
    (617) 523-2700

Dated: May 17, 2007