AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,                    )
            Plaintiff(s)                           )      **APPEARANCE**
                                                   )
                                                   )
            vs.                                    )      CASE NUMBER    1:07-cv-00694-RBW
SMITH BAGLEY, INC. d/b/a CELLULAR              )
ONE OF NORTHEAST ARIZONA,                      )
            Defendant(s)                           )


To the Clerk of this court and all parties of record:


Please enter the appearance of   Hanoi Veras                  as counsel in this
                                       (Attorney's Name)

      Plaintiffs Cellular Express, Inc., d/b/a Boston Communications Group and Boston
case for:   Communications Group, Inc.
                          (Name of party or parties)


| 8/1/07 | *Hanoi Veras* (signature) |
|---|---|
| Date | Signature |
| | Hanoi Veras |
| | Print Name |
| 491285 | London and Mead 1225 19th Street, N.W. Suite 320 |
| BAR IDENTIFICATION | Address |
| | Washington, DC          20036 |
| | City          State          Zip Code |
| | (202) 331-3334, extension 4 |
| | Phone Number |