UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS <br> d/b/a BOSTON COMMUNICATIONS <br> GROUP AND BOSTON COMMUNICATIONS <br> GROUP INC <br><br> Plaintiffs, <br><br> v. <br><br> SMITH BAGLEY, INC <br> d/b/a CELLULAR ONE OF NORTHEAST <br> ARIZONA <br><br> Defendant. | Civil Action No. 07-694 (RBW) |

### SCHEDULING ORDER

The parties appeared before the Court on August 2, 2007, for an initial scheduling conference. Based upon the discussions at this hearing, it is on this 3rd day of August, 2007, hereby **ORDERED** that

1. The parties shall exchange initial disclosures by August 9, 2007.

2. The parties shall complete the process of stipulating to those facts they agree are not in dispute in this litigation by August 29, 2007.

3. A further scheduling conference shall be held on September 4, 2007 at 2:30 p.m. in courtroom 16 before the Honorable Reggie B. Walton at the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001.

   **SO ORDERED.**

/s/_____
REGGIE B. WALTON
United States District Judge