IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR
ONE OF NORTHEAST ARIZONA,

    Defendant.

Case: 1:07-cv-00694-RBW

**INITIAL DISCLOSURES OF SMITH BAGLEY, INC.
D/B/A CELLULAR ONE OF NORTHEAST ARIZONA**

The defendant, Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona ("Smith Bagley"), submits the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2(a).[1] Capitalized terms not defined herein have the definitions ascribed to them in the Complaint.

**I.**    **Individuals Likely to Have Discoverable Information**

Based upon Smith Bagley's investigation of the matter to date, the following individuals are likely to have discoverable information, other than solely for impeachment, that Smith Bagley may use to support its claims or defenses.

    A.  Richard Watkins
        Chief Operating Officer
        CellularOne of Northeast Arizona
        1500 S. White Mountain Road, Suite 103
        Show Low, AZ 85091

---

[1] The individuals, documents and other materials and information identified herein are disclosed subject to all applicable privileges. Smith Bagley specifically reserves the right to assert any such privilege at the appropriate time.

Subject of Information: Mr. Watkins possesses knowledge about the relationship between Smith Bagley and the plaintiffs, the negotiation of the PCA and addenda thereto, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, the impact of the Patent Litigation on Smith Bagley, the termination of the PCA, efforts made by the plaintiffs to re-gain Smith Bagley's business, and the volume of business conducted by Smith Bagley at various points in time.

B. Melissa Covington
Technical Director
CellularOne of Northeast Arizona
1500 S. White Mountain Road, Suite 103
Show Low, AZ 85091

Subject of Information: Ms. Covington possesses knowledge about the relationship between Smith Bagley and the plaintiffs, the negotiation of the PCA and addenda thereto, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, the impact of the Patent Litigation on Smith Bagley, the termination of the PCA, efforts made by the plaintiffs to re-gain Smith Bagley's business and the volume of business conducted by Smith Bagley at various points in time.

C. Margie Lewis
Customer Solutions Operations Director
CellularOne of Northeast Arizona
1500 S. White Mountain Road, Suite 103
Show Low, AZ 85091

Subject of Information: Ms. Lewis possesses knowledge about the volume of business conducted by Smith Bagley at various points in time.

D. Julie Murphy
Revenue Assurance Manager
CellularOne of Northeast Arizona
1500 S. White Mountain Road, Suite 103
Show Low, AZ 85091

Subject of Information: Ms. Murphy possesses knowledge about the volume of business conducted by Smith Bagley at various points in time.

E. Gayle Gouker
Chief Financial Officer
CellularOne of Northeast Arizona
1500 S. White Mountain Road, Suite 103
Show Low, AZ 85091

Subject of Information: Ms. Gouker possesses knowledge about the relationship between Smith Bagley and the plaintiffs, the negotiation of the PCA and addenda

thereto, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, the impact of the Patent Litigation on Smith Bagley, the termination of the PCA, efforts made by the plaintiffs to re-gain Smith Bagley's business and the volume of business conducted by Smith Bagley at various points in time.

F. Gretchen Lohman
   Collections and Activations Manager.
   CellularOne of Northeast Arizona
   1500 S. White Mountain Road, Suite 103
   Show Low, AZ 85091

   Subject of Information: Ms. Lohman possesses knowledge about the volume of business conducted by Smith Bagley at various points in time.

G. Robert J. Higgins, Esq.
   Pinetop Financial Center
   1630 East White Mountain Boulevard, Suite B
   Pinetop, AZ 85935

   Subject of Information: Attorney Higgins possesses knowledge about BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, the impact of the Patent Litigation on Smith Bagley, and the termination of the PCA.

H. Gerald Alston, Esq.
   Jennings Strouss
   The Collier Center, 11th Floor
   201 East Washington Street
   Phoenix, AZ 85004-2385
   (602) 262-5911

   Subject of Information: Attorney Alston possesses knowledge about BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, the impact of the Patent Litigation on Smith Bagley, and the termination of the PCA.

I. Timothy B. Shaffery, Esq.
   Shaffery & Coronado, P.C.
   4700 West White Mountain Boulevard
   Lakeside, Arizona 85929
   (928) 532-2222

   Subject of Information: Attorney Shaffery possesses knowledge about the negotiation of the PCA and addenda thereto.

J.  Kimberly Obrenski
    Vice President, Sales
    BCGI

    Subject of Information: Ms. Obrenski possesses knowledge about the relationship between Smith Bagley and the plaintiffs, the negotiation of the PCA and addenda thereto, BCGI's infringement of Freedom Wireless' patented technology, and the volume of business conducted by Smith Bagley at various points in time.

K.  Caprice Carbar
    Account Representative
    BCGI

    Subject of Information: Ms. Carbar possesses knowledge about the relationship between Smith Bagley and the plaintiffs, BCGI's infringement of Freedom Wireless' patented technology, efforts made by the plaintiffs to re-gain Smith Bagley's business, and the volume of business conducted by Smith Bagley at various points in time.

L.  E.Y. Snowden
    Former President
    BCGI

    Subject of Information: Mr. Snowden possesses knowledge about the relationship between Smith Bagley and the plaintiffs, the negotiation of the PCA and addenda thereto, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, the termination of the PCA, efforts made by the plaintiffs to re-gain Smith Bagley's business, and the volume of business conducted by Smith Bagley at various points in time.

M.  Tim Quinlivan
    Engineer
    BCGI

    Subject of Information: Mr. Quinlivan possesses knowledge about the relationship between Smith Bagley and the plaintiffs, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, efforts made by the plaintiffs to re-gain Smith Bagley's business, and the volume of business conducted by Smith Bagley at various points in time.

N.  James Anderson
    Chief Sales Officer
    BCGI

    Subject of Information: Mr. Anderson possesses knowledge about the relationship between Smith Bagley and the plaintiffs, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, efforts made by the plaintiffs to re-gain Smith Bagley's business and the volume of business conducted by Smith Bagley at various points in time.

O.  Paul Ferrero
    BCGI

    Subject of Information: Mr. Ferrero possesses knowledge about the relationship between Smith Bagley and the plaintiffs, BCGI's infringement of Freedom Wireless' patented technology, the Patent Litigation, efforts made by the plaintiffs to re-gain Smith Bagley's business and the volume of business conducted by Smith Bagley at various points in time.

P.  Freedom Wireless, Inc.

    Subject of Information: Freedom Wireless possesses knowledge about BCGI's infringement of Freedom Wireless' patented technology.

Q.  Steve Rice
    VeriSign Inc.
    222 West Oglethorpe Avenue
    Savannah, GA  31401
    (650) 426-5520

    Subject of Information: Mr. Rice possesses knowledge about the volume of business conducted by Smith Bagley at various points in time.

R.  Mike Mitchell, Sr.
    VeriSign Inc.
    222 West Oglethorpe Avenue
    Savannah, GA  31401
    (650) 426-5520

    Subject of Information: Mr. Mitchell possesses knowledge about the volume of business conducted by Smith Bagley at various points in time.

**II.     Categories of Documents, Data Compilations or Tangible Things**

The following is a description by category and location of all documents, data compilations and tangible things within Smith Bagley's possession, custody or control, other than solely for impeachment, that Smith Bagley may use to support its claims or defenses.

   A.   The PCA and addenda thereto;

   B.   Documents relating to BCGI's infringement of Freedom Wireless, Inc.'s patents, including pleadings and correspondence in the Patent Litigation;

   C.   Correspondence between Smith Bagley and BCGI relating to the termination of the PCA; and

   D.   Smith Bagley business records relating generally to the volume of business, revenues and expenses for prepaid wireless and related services.

**III.    Computation of Damages**

Smith Bagley is not claiming any damages in this case. Therefore, Smith Bagley is not required to make any disclosures under Rule 26(a)(1)(C).

**IV.     Insurance Agreements**

Pursuant to Rule 26(a)(1)(D), Smith Bagley states that it does not have any insurance agreement under which any company or person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this case or to indemnify or reimburse for any payments made to satisfy any such judgment.

*   *   *

The foregoing initial disclosures are based on information that currently is available to Smith Bagley, after reasonable inquiry, and Smith Bagley reserves the right to amend and/or supplement its disclosures to conform to information and documents that may be obtained

through ongoing discovery and investigation, in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

        SMITH BAGLEY, INC. d/b/a
        CELLULAR ONE OF NORTHEAST ARIZONA,

        Respectfully submitted,

        HOLLAND & KNIGHT LLP

        Leo G. Rydzewski (D.C. Bar No. 459979)
        2099 Pennsylvania Avenue, N.W., Suite 100
        Washington, D.C. 20006
        (202) 955-3000
        (202) 955-5564 – fax
        Counsel for Defendant

        James D. Smeallie *(admitted pro hac)*
        Elizabeth M. Mitchell *(admitted pro hac)*
        HOLLAND & KNIGHT LLP
        10 St. James Avenue
        Boston, MA 02116
        (617) 523-2700

Dated:  August 9, 2007

# 4709736_v3