AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC., )
        Plaintiff(s) )    **APPEARANCE**
)
)
        vs. )    CASE NUMBER   1:07-cv-00694-RBW
SMITH BAGLEY, INC. d/b/a CELLULAR )
ONE OF NORTHEAST ARIZONA, )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __J. Hunter Bennett__ as counsel in this
              (Attorney's Name)

case for: __Plaintiffs Cellular Express, Inc., d/b/a Boston Communications Group and Boston Communications Group, Inc.__
         (Name of party or parties)

9/12/07
Date

_/s/ J. Hunter Bennett_
Signature

John Hunter Bennett
Print Name

973768
BAR IDENTIFICATION

London and Mead 1225 19th Street, N.W. Suite 320
Address

Washington, DC     20036
City   State   Zip Code

(202) 331-3334, extension 5
Phone Number