IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

    Defendant.

Case: 1:07-cv-00694

## STIPULATION

Pursuant to the Court's directive at the status conference held on September 13, 2007, the parties hereby request that the Court issue an order referring this case to mediation before a magistrate judge.

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., | SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, |
| Respectfully submitted, | Respectfully submitted, |
| LOUDON & MEAD | HOLLAND & KNIGHT LLP |
| _____/s/_____ | _____/s/_____ |
| Mark London (D.C. Bar No. 293548) Christopher B. Mead (D.C. Bar No. 411598) 1225 19th Street, N.W., Suite 320 Washington, D.C. 20036 (202) 331-3334 Counsel for Plaintiffs | Leo G. Rydzewski (D.C. Bar No. 459979) 2099 Pennsylvania Avenue, N.W., Suite 100 Washington, D.C. 20006 (202) 955-3000 (202) 955-5564 – fax Counsel for Defendant |
| | James D. Smeallie *(admitted pro hac)* Elizabeth M. Mitchell *(admitted pro hac)* HOLLAND & KNIGHT LLP 10 St. James Avenue Boston, MA 02116 (617) 523-2700 |

Dated:  September 20, 2007

# 4802841_v1