**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a ) <br> BOSTON COMMUNICATIONS GROUP ) <br> AND BOSTON COMMUNICATIONS ) <br> GROUP, INC. ) <br> ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> SMITH BAGLEY, INC. d/b/a ) <br> CELLULAR ONE OF NORTH EAST ) <br> ARIZONA ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL ACTION NO: <br> 1:07 cv 00694 RBW |

**PLAINTIFFS' NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT**

Plaintiffs hereby inform this Court that they intend to file a Motion for Summary Judgment on or before September 28, 2007. As explained during the September 13 status conference, Plaintiffs believe that full briefing of the motion for summary judgment can proceed while this case is referred to mediation with a magistrate judge.

                                                     Respectfully submitted,

                                                     /s/ Christopher B. Mead
                                                     Christopher B. Mead  #411598
                                                     London & Mead
                                                     1225 19th Street, N.W., Suite 320
                                                     Washington, D.C.  20036
                                                     (202) 331-3334
                                                     *Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on September 20, 2007, a true and correct copy of the foregoing **Plaintiffs' Notice of Intent to File Motion for Summary Judgment** was served on the following parties via the Court's electronic filing system:

Leo G. Rydzewski (D.C. Bar No. 459979)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000
(202) 955-5564 – fax
Counsel for Defendant

James D. Smeallie *(admitted pro hac)*
Elizabeth M. Mitchell *(admitted pro hac)*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Counsel for Defendant

                              /s/ Christopher B. Mead
                              Christopher B. Mead