IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

    Defendant.

Case: 1:07-cv-00694-RBW

**MOTION OF SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA TO STAY ACTIVITY IN CASE UNTIL AFTER CONCLUSION OF MEDIATION AND IMPLEMENTATION OF LOCAL RULE 16.4 SCHEDULING ORDER, AND INCORPORATED STATEMENT OF POINTS AND AUTHORITIES**

The defendant, Smith Bagley, Inc. d/b/a Cellular One Of Northeast Arizona ("Smith Bagley"), hereby respectively moves this Court to stay further activity in this matter until after conclusion of mediation and implementation of a scheduling order in accordance with Local Rule 16.4, if necessary. By this request, Smith Bagley specifically requests the Court to stay all discovery and suspend the need for it to respond to the motion for summary judgment recently filed by the plaintiffs, Cellular Express, Inc. d/b/a Boston Communications Group and Boston Communications Group, Inc. until after the parties complete mediation and, if such mediation is unsuccessful, after entry of the Local Rule 16.4 Scheduling Order.

As grounds for this motion, Smith Bagley states that counsel for the parties currently are scheduled to meet with Magistrate Judge Robinson for a settlement conference on October 31, 2007 at which time, among other things, Magistrate Robinson will assess how much time is warranted for a mediation session involving counsel and the parties. The parties anticipate that

Magistrate Robinson will schedule a mediation session as soon as practicable after the settlement conference occurs.

Smith Bagley contends that staying activity in the case, including discovery and responses to summary judgment, will maximize efficiencies for both the parties and the Court. Specifically, if the parties are able to resolve this matter through mediation, then there should be no need for the parties to engage in what could be costly discovery and/or defense of motions for summary judgment. Similarly, it would be a waste of judicial resources to involve the Court in summary judgment proceedings where the parties actively are exploring mediation. Given the upcoming settlement conference and the mediation expected to follow, pursuit of discovery and/or summary judgment at this time is premature. In the event that mediation is not successful, the Court may establish a schedule for the conduct of discovery and the filing of oppositions to summary judgment as part of the Local Rule 16.4 Scheduling Order. Moreover, given the parties' agreement to participate in mediation, no party shall suffer prejudice by the requested stay.

As required by paragraph 5 of this Court's General Order and Guidelines for Civil Cases, Smith Bagley reports the request for a stay of activity in the case was discussed in open court but was not ruled upon, and since the Court has not issued a scheduling order in this matter, the granting of this motion will have no effect on other previously-scheduled deadlines. Pursuant to Local Rule 7(m), counsel for Smith Bagley discussed the anticipated motion with counsel for plaintiff, who does not consent to this motion.

WHEREFORE, Smith Bagley respectfully requests that the Court stay further activity in this matter, including discovery and the need to file responses to summary judgment motions,

until after the parties conclude the mediation process and the Court establishes a Local Rule 16.4 Scheduling Order, if necessary.

                SMITH BAGLEY, INC. d/b/a
                CELLULAR ONE OF NORTHEAST ARIZONA,

                Respectfully submitted,

                HOLLAND & KNIGHT LLP


                /s/ Leo G. Rydzewski
                Leo G. Rydzewski (D.C. Bar No. 459979)
                2099 Pennsylvania Avenue, N.W., Suite 100
                Washington, D.C. 20006
                (202) 955-3000
                (202) 955-5564 – fax
                Counsel for Defendant

                James D. Smeallie *(admitted pro hac)*
                Elizabeth M. Mitchell *(admitted pro hac)*
                HOLLAND & KNIGHT LLP
                10 St. James Avenue
                Boston, MA 02116
                (617) 523-2700

Dated: October 4, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

   Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

   Defendant.

Case:  1:07-cv-00694-RBW

## ORDER GRANTING MOTION TO STAY ACTIVITY IN CASE UNTIL AFTER CONCLUSION OF MEDIATION AND IMPLEMENTATION OF LOCAL RULE 16.4 SCHEDULING ORDER

This matter came before the Court on defendant Smith Bagley, Inc. d/b/a Cellular One of Northeast Arizona's Motion to Stay Activity in Case Until After Conclusion of Mediation and Implementation of Local Rule 16.4 Scheduling Order.  Upon consideration of the motion, any opposition thereto, and the record in this matter,

IT IS, this _____ day of _____ 2007, HEREBY ORDERED that the motion is GRANTED and activity in this case is STAYED until after conclusion of mediation and implementation of Local Rule 16.4 Scheduling Order.

SO ORDERED.

_____
U.S. District Judge Reggie B. Walton

# 4834511_v2

4