IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

  Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

  Defendant.

Case: 1:07-cv-00694

**CONSENT MOTION TO EXTEND TIME IN WHICH DEFENDANT
MAY RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to this Court's General Order and Guidelines for Civil Cases at paragraph 5, the plaintiffs, Cellular Express, Inc. d/b/a Boston Communications Group and Boston Communications Group, Inc. ("BCGI"), and the defendant, Smith Bagley d/b/a Cellular One of Northeast Arizona ("Smith Bagley"), hereby agree to and consent to an extension of time in which Smith Bagley may oppose or otherwise respond to BCGI's motion for summary judgment up to and including ten business days after entry of a decision denying Smith Bagley's pending motion seeking a stay of activity in the case. The parties respectfully request that the Court enter the accompanying Order reflecting this agreement between the parties.

As grounds for this consent motion, the parties state that presently pending before the Court is Smith Bagley's opposed motion seeking a stay of activity in the case, including discovery and the need to respond to summary judgment until after conclusion of mediation and the entry of a Rule 16.4 Scheduling Order (the "Motion to Stay"). If the Court allows the Motion to Stay, the present motion is moot. If, however, the Court denies the Motion to Stay, then the

parties agree and consent to a due date for Smith Bagley's response to the summary judgment motion which is ten business days from entry of a denial of the Motion to Stay.

No prior extensions concerning BCGI's motion for summary judgment have been sought and the requested extension will not effect any other deadlines in the case as the Court has not yet entered a Scheduling Order.

WHEREFORE, in the event the Court denies the pending Motion to Stay, the parties agree and consent to establishing the deadline by which Smith Bagley must respond to BCGI's motion for summary judgment as ten business days following entry of a denial of the Motion to Stay and respectfully request that the Court enter the accompanying Order reflecting this agreement.

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., | SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, |
| Respectfully submitted, | Respectfully submitted, |
| LONDON & MEAD | HOLLAND & KNIGHT LLP |
| /s/ Christopher B. Mead<br>Mark London (D.C. Bar No. 293548)<br>Christopher B. Mead (D.C. Bar No. 411598)<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br>(202) 331-3334<br>Counsel for Plaintiffs | /s/ Leo G. Rydzewski<br>Leo G. Rydzewski (D.C. Bar No. 459979)<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006<br>(202) 955-3000<br>(202) 955-5564 – fax<br>Counsel for Defendant<br><br>James D. Smeallie *(admitted pro hac)*<br>Elizabeth M. Mitchell *(admitted pro hac)*<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: October 10, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC.,

Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA,

Defendant.

Case: 1:07-cv-00694-RBW

**ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court on the Consent Motion of the parties to Extend the Deadline for Defendant to Respond to Plaintiffs' Motion for Summary Judgment in the event the Court denies the motion of Smith Bagley d/b/a Cellular One of Northeast Arizona to Stay Activity in Case Until After Conclusion of Mediation and Implementation of Local Rule 16.4 Scheduling Order (the "Motion to Stay"). Upon consideration of the Consent Motion and the record in this matter,

IT IS, this _____ day of _____ 2007, HEREBY ORDERED that the consent motion is GRANTED and Smith Bagley may have up to and including ten business days after any denial of the Motion to Stay to respond to the plaintiffs' motion for summary judgment.

SO ORDERED.

_____
U.S. District Judge Reggie B. Walton