UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC., d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC.,<br><br>       Plaintiffs,<br><br>   v.<br><br>SMITH BAGLEY, INC., d/b/a CELLULAR ONE OF NORTHEAST ARIZONA,<br><br>       Defendant. | Civil Action No. 07-0694<br>RBW/DAR |

**ORDER REFERRING CIVIL ACTION**
**FOR MEDIATION**

**ORDERED** that this action is referred to the Circuit Executive for mediation to commence immediately, and conclude within sixty days; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule the initial mediation session; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

October 31, 2007

                              /s/
                              DEBORAH A. ROBINSON
                              United States Magistrate Judge