IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, <br><br> Defendant. | Case: 1:07-cv-00694 |

## JOINT MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Plaintiffs, Cellular Express, Inc. d/b/a Boston Communications Group and Boston Communications Group, Inc. ("BCGI"), and defendant, Smith Bagley d/b/a Cellular One of Northeast Arizona ("Smith Bagley"), hereby file this motion for a brief continuance of the status conference scheduled for Wednesday, November 28, 2007. As grounds for this motion, the parties state that they are scheduled to participate in a day-long mediation session before Daniel H. Margolis, the Court-appointed mediator in this matter, on November 28, 2007, the same day as the scheduled status conference. The parties respectfully request that the Court continue the status conference until after the mediation. The requested continuance will not effect any other deadlines in the case as the Court has not yet entered a Scheduling Order.

WHEREFORE, the parties request that the Court continue the status conference currently scheduled for November 28, 2007, to a date and time convenient to the Court.

| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., | SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LONDON & MEAD | HOLLAND & KNIGHT LLP |
| /s/ Christopher B. Mead<br>Mark London (D.C. Bar No. 293548)<br>Christopher B. Mead (D.C. Bar No. 411598)<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br>(202) 331-3334<br>Counsel for Plaintiffs | /s/ Leo G. Rydzewski<br>Leo G. Rydzewski (D.C. Bar No. 459979)<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006<br>(202) 955-3000<br>(202) 955-5564 – fax<br>Counsel for Defendant<br><br>James D. Smeallie *(admitted pro hac)*<br>Elizabeth M. Mitchell *(admitted pro hac)*<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: November 26, 2007

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA,<br><br>Defendant. | Case: 1:07-cv-00694-RBW |

**ORDER GRANTING JOINT MOTION TO CONTINUE STATUS CONFERENCE**

This matter came before the Court on the Joint Motion to Continue the Status Conference scheduled for November 28, 2007 (the "Joint Motion"). Upon consideration of the Joint Motion and the record in this matter,

IT IS, this _____ day of _____ 2007, HEREBY ORDERED that the Joint Motion is GRANTED. It is further ORDERED that the parties shall appear before the Court for a status conference on _____.

SO ORDERED.

_____
U.S. District Judge Reggie B. Walton