IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, <br><br> Defendant. | Case: 1:07-cv-00694 |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE THE MEDIATION PROCESS**

With the consent of the Mediator, the parties hereby request that this Court extend the deadline to complete the mediation process through February 15, 2008.

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., | SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, |
| Respectfully submitted, | Respectfully submitted, |
| LONDON & MEAD | HOLLAND & KNIGHT LLP |
| /s/ Christopher B. Mead<br>Mark London (D.C. Bar No. 293548)<br>Christopher B. Mead (D.C. Bar No. 411598)<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br>(202) 331-3334<br>Counsel for Plaintiffs | /s/ Leo G. Rydzewski<br>Leo G. Rydzewski (D.C. Bar No. 459979)<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006<br>(202) 955-3000<br>(202) 955-5564 – fax<br>Counsel for Defendant |
| | James D. Smeallie *(admitted pro hac)*<br>Elizabeth M. Mitchell *(admitted pro hac)*<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: January 31, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

    Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

    Defendant.

Case: 1:07-cv-00694-RBW

**ORDER GRANTING CONSENT MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

This matter came before the Court on the Consent Motion of the parties to Extend the Deadline for Defendant to Respond to Plaintiffs' Motion for Summary Judgment in the event the Court denies the motion of Smith Bagley d/b/a Cellular One of Northeast Arizona to Stay Activity in Case Until After Conclusion of Mediation and Implementation of Local Rule 16.4 Scheduling Order (the "Motion to Stay"). Upon consideration of the Consent Motion and the record in this matter,

IT IS, this _____ day of _____ 2007, HEREBY ORDERED that the consent motion is GRANTED and Smith Bagley may have up to and including ten business days after any denial of the Motion to Stay to respond to the plaintiffs' motion for summary judgment.

SO ORDERED.

_____
U.S. District Judge Reggie B. Walton