IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA,<br><br>    Defendant. | Case:  1:07-cv-00694 |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE THE MEDIATION PROCESS**

With the consent of the Mediator, the parties hereby request that this Court extend the deadline to complete the mediation process through March 7, 2008.

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., | SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, |
| Respectfully submitted, | Respectfully submitted, |
| LONDON & MEAD | HOLLAND & KNIGHT LLP |
| /s/ Christopher B. Mead<br>Mark London (D.C. Bar No. 293548)<br>Christopher B. Mead (D.C. Bar No. 411598)<br>1225 19th Street, N.W., Suite 320<br>Washington, D.C. 20036<br>(202) 331-3334<br>Counsel for Plaintiffs | /s/ Leo G. Rydzewski<br>Leo G. Rydzewski (D.C. Bar No. 459979)<br>2099 Pennsylvania Avenue, N.W., Suite 100<br>Washington, D.C. 20006<br>(202) 955-3000<br>(202) 955-5564 – fax<br>Counsel for Defendant |
| | James D. Smeallie *(admitted pro hac)*<br>Elizabeth M. Mitchell *(admitted pro hac)*<br>HOLLAND & KNIGHT LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>(617) 523-2700 |

Dated: February 15, 2008

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

       Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

       Defendant.

Case: 1:07-cv-00694

## **ORDER**

Upon consideration of the parties' Consent Motion for Extension of Time to Complete the Mediation Process, IT IS HEREBY ORDERED:

That the time for completing mediation is hereby extended through March 7, 2008.

SO ORDERED.

_____
U.S. District Judge Reggie B. Walton