UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC., d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SMITH BAGLEY, INC., d/b/a CELLULAR ONE OF NORTHEAST ARIZONA,<br><br>    Defendant. | Civil Action No. 07-0694<br>RBW/DAR |

**ORDER EXTENDING MEDIATION REFERRAL**

With the consent of the parties, it is, this 5th day of May, 2008,

**ORDERED** that this Court's referral to the Circuit Executive for mediation is extended for an additional period of 30 days; and it is

**FURTHER ORDERED** that the parties and their counsel attend all mediation sessions; and it is

**FURTHER ORDERED** that counsel shall jointly contact the Circuit Executive to schedule further mediation sessions; and it is

**FURTHER ORDERED** that the Clerk of the Court shall furnish the Circuit Executive with a copy of this Order.

May 5, 2008

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge