IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA,<br><br>　　　　Defendant. | Case: 1:07-cv-00694 |

## PLAINTIFF'S STATUS REPORT/PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE THE MEDIATION PROCESS[1]

On June 20, 2008, the parties met for a face-to-face mediation session in Massachusetts. The session was reasonably productive and resulted in a settlement offer from one of the parties that the other party is currently considering. The parties plan to continue settlement discussions over the next several days.

---

[1] Plaintiff's counsel, J. Hunter Bennett, attempted to contact J.D. Smeallie, counsel for Defendant, via e-mail at approximately 3:30 pm on June 25, 2008, to coordinate the filing of a Joint Status Report. Subsequently, Mr. Bennett e-mailed and telephoned Leo Rydzewski and telephoned Elizabeth Mitchell in an effort to coordinate the filing. When Mr. Bennett did not hear back from any of the aforementioned counsel by 6:00 pm, Plaintiff decided to file the instant status report/motion.

1

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of time to July 2, 2008 to conclude the mediation process. The parties will file a Joint Status Report on that date indicating whether they have reached a settlement.[2]

Dated: June 25, 2008         /s/ Christopher B. Mead
Christopher B. Mead (D.C. Bar No. 411598)
1225 19th Street, N.W., Suite 320
Washington, D.C. 20036
(202) 331-3334
Counsel for Plaintiffs

**Certificate of Service**

I hereby certify that on June 25, 2008, a true and correct copy of the foregoing Plaintiff's Status Report/Plaintiff's Motion for Extension of Time to Complete the Mediation Process was served via ECF to following parties:

Leo G. Rydzewski (D.C. Bar No. 459979)
2099 Pennsylvania Avenue, N.W., Suite 100
Washington, D.C. 20006
(202) 955-3000
(202) 955-5564 – fax
Counsel for DefendantName

James D. Smeallie *(admitted pro hac)*
Elizabeth M. Mitchell *(admitted pro hac)*
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, MA 02116
Counsel for Defendant

/s/Christopher B. Mead

---

[2] As explained in footnote 1, Plaintiff's counsel have been unable to reach Defendant's counsel and, thus, were unable to ascertain Defendant's position on this motion.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,

       Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,

       Defendant.

Case: 1:07-cv-00694

**ORDER**

Upon consideration of the Plaintiff's Status Report/Plaintiff's Motion for Extension of Time to Complete the Mediation Process, IT IS HEREBY ORDERED:

That the time for completing mediation is hereby extended through July 2, 2008.

SO ORDERED.

_____
U.S. Magistrate Judge Deborah A. Robinson