IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

CELLULAR EXPRESS, INC. d/b/a BOSTON
COMMUNICATIONS GROUP AND BOSTON
COMMUNICATIONS GROUP, INC.,
       Plaintiffs,

v.

SMITH BAGLEY, INC. d/b/a CELLULAR ONE
OF NORTHEAST ARIZONA,
       Defendant.

Case: 1:07-cv-00694

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of June 27, 2008, the parties hereby jointly report that efforts to settle the above action through mediation have failed. Therefore, the parties respectfully request that the court schedule a status conference in the action to set a schedule for further proceedings in the case.

| | |
|---|---|
| CELLULAR EXPRESS, INC. d/b/a BOSTON COMMUNICATIONS GROUP AND BOSTON COMMUNICATIONS GROUP, INC., | SMITH BAGLEY, INC. d/b/a CELLULAR ONE OF NORTHEAST ARIZONA, |
| Respectfully submitted, | Respectfully submitted, |
| LONDON & MEAD | HOLLAND & KNIGHT LLP |
| _____/s/_____ | _____/s/_____ |
| Mark London (D.C. Bar No. 293548) | Leo G. Rydzewski (D.C. Bar No. 459979) |
| Christopher B. Mead (D.C. Bar No. 411598) | 2099 Pennsylvania Avenue, N.W., Suite 100 |
| 1225 19th Street, N.W., Suite 320 | Washington, D.C. 20006 |
| Washington, D.C. 20036 | (202) 955-3000 |
| (202) 331-3334 | (202) 955-5564 – fax |
| Counsel for Plaintiffs | Counsel for Defendant |
| | |
| | James D. Smeallie *(admitted pro hac)* |
| | Elizabeth M. Mitchell *(admitted pro hac)* |
| | HOLLAND & KNIGHT LLP |
| | 10 St. James Avenue |
| | Boston, MA 02116 |
| July 2, 2008 | (617) 523-2700 |